IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHER DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JEROME R. MELTON, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 109-035 |
| | ) | |
| DAVID FRAZIER, Warden, and | ) | |
| THURBERT BAKER, Attorney General | ) | |
| for the State of Georgia, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Respondents' motion to dismiss Attorney General Baker and motion to dismiss the petition as untimely are **GRANTED**, Attorney General Baker is **DISMISSED** as an improper Respondent, this case is **DISMISSED**, and this civil action is **CLOSED**.

SO ORDERED this 26th day of August, 2009, at Augusta, Georgia.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE